APPEAL,CAP,CAT B,CLOSED

# U.S. District Court
## District of Columbia (Washington, DC)
## CRIMINAL DOCKET FOR CASE #: 1:21−cr−00628−ABJ−1

Case title: USA v. RILEY                    Date Filed: 10/14/2021

---

Assigned to: Judge Amy Berman
Jackson

**Defendant (1)**

**MICHAEL ANGELO RILEY**         represented by   **Andrew C. White**
SILVERMAN, THOMPSON, SLUTKIN & WHITE
201 North Charles Street
Suite 2600
Baltimore, MD 21201
(410) 385−2225
Fax: (410) 547−2432
Email: AWhite@silvermanthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Christopher Macchiaroli**
SILVERMAN, THOMPSON, SLUTKIN & WHITE
1750 K Street, NW
Suite 810
Washington, DC 20006
(202) 539−2444
Fax: (410) 547−2432
Email: cmacchiaroli@silvermanthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Emma Mulford**
SILVERMAN THOMPSON SLUTKIN WHITE
400 East Pratt Street
Suite 900
Baltimore, MD 21202
(410) 385−6249
Fax: (410) 547−2432
Email: emulford@silvermanthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**Matthew Evan Corcoran**
SILVERMAN THOMPSON SLUTKIN WHITE

1

400 East Pratt Street
Suite 900
Baltimore, MD 21202
410–385–2225
Email: ecorcoran@silvermanthompson.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Retained*

**David Barry Benowitz**
PRICE BENOWITZ LLP
409 Seventh Street, NW
Suite 200
Washington, DC 20004
(202) 417–6000
Fax: (202) 664–1331
Email: david@pricebenowitz.com
*TERMINATED: 10/27/2021*
*Designation: Retained*

| **Pending Counts** | **Disposition** |
|---|---|
| 18:1512(b)(2)(B); INTIMIDATION OR FORCE AGAINST WITNESS; Obstruction (1) | DISMISSED ON MOTION BY THE GOVERNMENT – GRANTED BY THE COURT |
| 18:1512(c)(1); TAMPERING WITH A WITNESS, VICTIM OR INFORMANT; Obstruction (2) | 4/13/2023 – Sentenced to Twenty–Four (24) months of Probation. Special Assessment of $100.00 was imposed and a Fine of $10,000.00 was ordered. 10/28/2022 – Jury Verdict of Guilty |

**Highest Offense Level (Opening)**

Felony

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
|---|---|
| None | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Anne P. McNamara** |

                                               **Anne P. McNamara**
DOJ–USAO
District of Columbia
555 4th Street NW
Washington, DC 20530
(202) 809–3502
Email: anne.mcnamara2@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Christopher R. Howland**
U.S. ATTORNEY'S
OFFICE––DISTRICT OF COLUMBIA
601 D Street NW
Room 5–1529
Washington DC, DC 20530
(202) 252–7106
Email: christopher.howland@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Mary Lyle Dohrmann**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 4th St, NW
Washington, DC 20530
(202) 252–7035
Email: mary.dohrmann@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

**Molly Gulland Gaston**
U.S. ATTORNEY'S OFFICE FOR THE
DISTRICT OF COLUMBIA
555 Fourth Street, NW
Washington, DC 20530
(202) 252–7803
Email: molly.gaston@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant U.S. Attorney*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/14/2021 | 1 | SEALED INDICTMENT as to MICHAEL ANGELO RILEY (1) count(s) 1, 2. (bb) (Entered: 10/15/2021) |
| 10/14/2021 | 3 | |

3

| | | |
|---|---|---|
| | | MOTION to Seal Case by USA as to MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(bb) (Entered: 10/15/2021) |
| 10/14/2021 | 4 | ORDER granting 3 Motion to Seal Case as to MICHAEL ANGELO RILEY (1). Signed by Magistrate Judge G. Michael Harvey on 10/14/2021. (bb) (Entered: 10/15/2021) |
| 10/15/2021 | 5 | Arrest Warrant Returned Executed on 10/15/2021 as to MICHAEL ANGELO RILEY. (bb) (Entered: 10/15/2021) |
| 10/15/2021 | | Case unsealed as to MICHAEL ANGELO RILEY (bb) (Entered: 10/15/2021) |
| 10/15/2021 | | MINUTE ORDER as to MICHAEL ANGELO RILEY (1). As required by Rule 5(f), the United States is ordered to produce all exculpatory evidence to the defendant pursuant to Brady v. Maryland and its progeny. Not doing so in a timely manner may result in sanctions, including exclusion of evidence, adverse jury instructions, dismissal of charges and contempt proceedings. Signed by Magistrate Judge G. Michael Harvey on 10/15/2021. (zpt) (Entered: 10/15/2021) |
| 10/15/2021 | | ORAL MOTION for Release from Custody by MICHAEL ANGELO RILEY (1). (zpt) (Entered: 10/15/2021) |
| 10/15/2021 | | Arrest of MICHAEL ANGELO RILEY (1). (zpt) (Entered: 10/15/2021) |
| 10/15/2021 | 6 | ENTERED IN ERROR..... Arrest Warrant Returned Executed on 10/15/2021 as to MICHAEL ANGELO RILEY (1). (zpt) Modified on 11/1/2021 (zpt). (Entered: 10/15/2021) |
| 10/15/2021 | | Minute Entry for proceedings held before Magistrate Judge G. Michael Harvey: VTC Initial Appearance/Detention Hearing as to MICHAEL ANGELO RILEY (1) held on 10/15/2021. Arraignment was not conducted. Oral Motion for Release from Custody by MICHAEL ANGELO RILEY (1) Heard and Granted. Government does not seek the Defendant's pretrial detention. Status Hearing set for 10/26/2021 at 12:30 PM in Telephonic/VTC before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Released on Personal Recognizance/Release Order Issued; Court Reporter: FTR–Gold FTR Time Frame: CTRM 6 [1:16:52–1:27:31]; Defense Attorney: David Benowitz; US Attorney: Molly Gaston and Mary Dohrmann; Pretrial Officer: Christine Schuck; (zpt) (Entered: 10/15/2021) |
| 10/15/2021 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. Defendant's Video (VTC) Arraignment and Initial Status Conference before Judge Amy Berman Jackson are set for 10/19/2021 at 9:30 AM. The Court's Deputy Clerk will provide counsel with the information needed to make the video connection. Signed by Judge Amy Berman Jackson on 10/15/2021. (jth) (Entered: 10/15/2021) |
| 10/15/2021 | 8 | NOTICE OF ATTORNEY APPEARANCE Mary Lyle Dohrmann appearing for USA. (Dohrmann, Mary) (Entered: 10/15/2021) |
| 10/15/2021 | 9 | ERRATA by USA as to MICHAEL ANGELO RILEY re 3 MOTION to Seal Case filed by USA (Gaston, Molly) (Entered: 10/15/2021) |
| 10/15/2021 | 10 | NOTICE OF ATTORNEY APPEARANCE: David Barry Benowitz appearing for MICHAEL ANGELO RILEY (Benowitz, David) (Entered: 10/15/2021) |
| 10/15/2021 | 11 | ORDER Setting Conditions of Release as to MICHAEL ANGELO RILEY (1) Personal Recognizance. Signed by Magistrate Judge G. Michael Harvey on |

| | | |
|---|---|---|
| | | 10/18/2021. (Attachments: # 1 Appearance Bond) (zpt) (Entered: 10/18/2021) |
| 10/19/2021 | 13 | ENTERED IN ERROR.....Unopposed MOTION for Protective Order *and to Disclose Grand Jury Testimony* by USA as to MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Gaston, Molly) Modified on 10/20/2021 (bb). (Entered: 10/19/2021) |
| 10/19/2021 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Arraignment and Status Conference as to MICHAEL ANGELO RILEY as to Counts: 1,2 held on 10/19/2021. Plea of Not Guilty entered by MICHAEL ANGELO RILEY as to Counts 1,2. Another Video (VTC) Status Conference is set for 11/29/2021 at 1:00 PM before Judge Amy Berman Jackson. If the proceeding on 11/29/2021 is to be converted to a disposition the parties must email the draft plea paperwork to the Court's Deputy Clerk by 11/24/2021 and the signed paperwork in final form, including any appropriate waivers, by the morning of 11/29/2021. The Court makes a finding that it is in the Interests of Justice that the time between 10/19/2021 and 11/29/2021 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorney: David Barry Benowitz; US Attorneys: Molly Gulland Gaston and Mary Lyle Dohrmann. (jth) (Entered: 10/19/2021) |
| 10/19/2021 | | MINUTE ORDER. The Motion for Protective Order 13 is DENIED without prejudice. While the Court is prepared otherwise to approve the proposed Protective Order, it will not sign an order that provides, as in paragraph 12, for the filing of documents under seal, without an accompanying motion for leave to file under seal as required by the Local Rules. Any protective order must be in accordance with the presumption against sealed proceedings that applies in this Circuit, and must provide that absent statutory authority, no party shall file such materials under seal without an order from the Court pursuant to Local Rule of Criminal Procedure 49(f)(6)(i). SO ORDERED. Signed by Judge Amy Berman Jackson on 10/19/21. (DMK) (Entered: 10/19/2021) |
| 10/19/2021 | 14 | Unopposed MOTION for Protective Order *and to Disclose Grand Jury Testimony* by USA as to MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Gaston, Molly) (Entered: 10/19/2021) |
| 10/19/2021 | 15 | MOTION to Disclose Grand Jury Testimonyby USA as to MICHAEL ANGELO RILEY. (See DE 14 to view document). (bb) Modified on 10/20/2021 (bb). (Entered: 10/20/2021) |
| 10/19/2021 | | NOTICE OF CORRECTED DOCKET ENTRY: as to MICHAEL ANGELO RILEY re 13 Unopposed MOTION for Protective Order *and to Disclose Grand Jury Testimony* was entered in error and counsel was instructed to refile said pleading. The corrected document is filed at DE #14. (bb) (Entered: 10/20/2021) |
| 10/20/2021 | 16 | ORDER granting 14 Motions for Protective Order and to Disclose Grand Jury Testimony as to MICHAEL ANGELO RILEY. Signed by Judge Amy Berman Jackson on 10/20/2021. (lcabj2) (Entered: 10/20/2021) |
| 10/26/2021 | 18 | NOTICE OF ATTORNEY APPEARANCE: Christopher Macchiaroli appearing for MICHAEL ANGELO RILEY (Macchiaroli, Christopher) (Entered: 10/26/2021) |
| 10/26/2021 | 19 | NOTICE OF ATTORNEY APPEARANCE: Matthew Evan Corcoran appearing for MICHAEL ANGELO RILEY (Corcoran, Matthew) (Entered: 10/26/2021) |

| 10/26/2021 | 20 | NOTICE OF ATTORNEY APPEARANCE: Andrew C. White appearing for MICHAEL ANGELO RILEY (White, Andrew) (Entered: 10/26/2021) |
|---|---|---|
| 10/26/2021 | 21 | MOTION to Withdraw as Attorney by David Benowitz. by MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Benowitz, David) (Entered: 10/26/2021) |
| 10/27/2021 | | MINUTE ORDER granting 21 Motion to Withdraw as Attorney. SO ORDERED. Signed by Judge Amy Berman Jackson on 10/27/2021. (lcabj2) (Entered: 10/27/2021) |
| 11/29/2021 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to MICHAEL ANGELO RILEY held on 11/29/2021. Another Video (VTC) Status Conference is set for 1/14/2022 at 9:30 AM before Judge Amy Berman Jackson. The Court makes a finding that it is in the Interests of Justice that the time between 11/29/2021 and 1/14/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond (PR); Court Reporter: William Zaremba; Defense Attorneys: Christopher Macchiaroli, Andrew C. White and Matthew Evan Corcoran; US Attorneys: Molly Gulland Gaston and Mary Lyle Dohrmann. (jth) (Entered: 11/29/2021) |
| 11/30/2021 | 23 | ORDER as to MICHAEL ANGELO RILEY. Pursuant to the Due Process Protections Act, the Court hereby ORDERS that all government counsel who have entered their appearances in this case or who do so in the future must review their disclosure obligations under Brady v. Maryland, 373 U.S. 83 (1963), and its progeny, as set forth in Local Criminal Rule 5.1, and comply with those provisions. See Order for details. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/30/2021. (lcabj2) (Entered: 11/30/2021) |
| 01/13/2022 | 25 | MOTION to Compel *Discovery* by MICHAEL ANGELO RILEY. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 01/13/2022) |
| 01/14/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to MICHAEL ANGELO RILEY held on 1/14/2022. Another Video (VTC) Status Conference is set for 2/24/2022 at 10:30 AM before Judge Amy Berman Jackson. The Court makes a finding that it is in the Interests of Justice that the time between 1/14/2022 and 2/24/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli, Andrew C. White and Matthew Evan Corcoran; US Attorneys: Molly Gulland Gaston and Mary Lyle Dohrmann. (jth) (Entered: 01/14/2022) |
| 01/18/2022 | 26 | TRANSCRIPT OF PROCEEDINGS in case as to MICHAEL ANGELO RILEY before Judge Amy Berman Jackson held on January 14, 2022; Page Numbers: 1–12. Date of Issuance: January 18, 2022. Court Reporter: Janice Dickman, Telephone number: 202–354–3267, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from t he court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court |

|  |  | reporter. |
|---|---|---|
|  |  | **NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 2/8/2022. Redacted Transcript Deadline set for 2/18/2022. Release of Transcript Restriction set for 4/18/2022.(Dickman, Janice) (Entered: 01/18/2022) |
| 01/27/2022 | 27 | Memorandum in Opposition by USA as to MICHAEL ANGELO RILEY re 25 MOTION to Compel *Discovery* (Dohrmann, Mary) (Entered: 01/27/2022) |
| 02/03/2022 | 28 | REPLY TO OPPOSITION to Motion by MICHAEL ANGELO RILEY re 25 MOTION to Compel *Discovery* (Macchiaroli, Christopher) (Entered: 02/03/2022) |
| 02/24/2022 |  | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference as to MICHAEL ANGELO RILEY held on 2/24/2022. The Court set a motions schedule to be set out in more detail in a further order. Jury Selection is set for 9/19/2022 at 9:30 AM in the Ceremonial Courtroom before Judge Amy Berman Jackson. The Pretrial Conference is set for 9/12/2022 at 2:00 PM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. The Court makes a finding that it is in the Interests of Justice that the time between 2/24/2022 and 4/8/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Matthew Evan Corcoran; US Attorneys: Molly Gulland Gaston and Mary Lyle Dohrmann. (jth) (Entered: 02/24/2022) |
| 02/24/2022 |  | MINUTE ORDER as to MICHAEL ANGELO RILEY. Any pretrial motion listed in Fed. R. Crim. P. 12(b)(3) or filed pursuant to Fed. R. Crim. P. 21, and any notice by the government of an intention to introduce evidence pursuant to Fed. R. Evid. 404(b) must be filed by April 8, 2022. Opposition must be filed by April 22, 2022, and replies must be filed by April 29, 2022. SO ORDERED. Signed by Judge Amy Berman Jackson on 02/24/2022. (lcabj2) (Entered: 02/24/2022) |
| 03/28/2022 | 30 | Unopposed MOTION for Extension of Time to *File Certain Pretrial Motions* by MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 03/28/2022) |
| 03/29/2022 |  | MINUTE ORDER as to MICHAEL ANGELO RILEY. Given his motion for extension of time to file motions 30 , defendant must inform the Court by April 1, 2022 of his position on the exclusion of the time between April 8, 2022 and May 16, 2022 from the Speedy Trial Act calculation. SO ORDERED. Signed by Judge Amy Berman Jackson on 03/29/2022. (lcabj2) (Entered: 03/29/2022) |
| 03/30/2022 | 31 | NOTICE *Regarding Speedy Trial Act Exclusion* by MICHAEL ANGELO RILEY (Macchiaroli, Christopher) (Entered: 03/30/2022) |
| 03/31/2022 | 32 | NOTICE *of Supplemental Authority* by MICHAEL ANGELO RILEY (Macchiaroli, Christopher) (Entered: 03/31/2022) |

| 04/01/2022 | | MINUTE ORDER granting <u>30</u> Motion for Extension of Time as to MICHAEL ANGELO RILEY. Any pretrial motion listed in Fed. R. Crim. P. 12(b)(3) or filed pursuant to Fed. R. Crim. P. 21, and any notice by the government of an intention to introduce evidence pursuant to Fed. R. Evid. 404(b) must be filed by May 16, 2022. Opposition must be filed by May 30, 2022, and replies must be filed by June 6, 2022. The time between April 8, 2022 and May 16, 2022 will be excluded from the Speedy Trial Act calculation pursuant to defendant's waiver <u>31</u> . The Court's Deputy Clerk will contact counsel with proposed dates for a motions hearing. SO ORDERED. Signed by Judge Amy Berman Jackson on 04/01/2022. (lcabj2) (Entered: 04/01/2022) |
|---|---|---|
| 04/14/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. A Video (VTC) Status Conference re: Defendant's <u>25</u> Motion to Compel Discovery is set for 4/29/2022 at 3:30 PM before Judge Amy Berman Jackson. The Court's Deputy Clerk will provide the parties with the video connection information needed for the conference. Signed by Judge Amy Berman Jackson on 4/14/2022. (jth) (Entered: 04/14/2022) |
| 04/29/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Video (VTC) Status Conference and Ruling on Defendant's <u>25</u> Motion to Compel Discovery as to MICHAEL ANGELO RILEY held on 4/29/2022. For the reasons stated on the record Defendant's <u>25</u> Motion to Compel Discovery was GRANTED in PART and DENIED in PART. (Order to be issued by the Court). Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Lorraine Herman Defense Attorneys: Christopher Macchiaroli and Matthew Evan Corcoran; US Attorney: Mary Lyle Dohrmann. (jth) (Entered: 05/02/2022) |
| 05/01/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. For the reasons stated on the record, defendant's Motion to Compel Discovery <u>25</u> ("Mot.") was GRANTED in part and DENIED in part. The request for materials related to the "official proceeding" issue, see Mot. at 9–11, was GRANTED in part; the government must produce records showing the date any grand jury that is the subject of Count One was empaneled as well as any records, if any, showing when the U.S. Capitol Police was notified that such a grand jury had been convened, but otherwise, the request is DENIED. The government need not produce "documents attesting to the long history of prior cases of unlawful entry on U.S. Capitol grounds and the Supreme Court that have resulted in fines or at worst, misdemeanor offenses," Mot. at 11; if the defendant can identify a specific comparable incident in which individuals broke into the Capitol building at a time when it was closed to the public and a proceeding was underway, he may renew the request for information related to any criminal charges arising out of that event. The request for records related to the cooperator, see Mot. at 11–14, was GRANTED in part and DENIED in part. The request for (i) documents related to any benefits provided in exchange for testimony against the defendant is largely moot, but additional records, if any, that reflect offers or promises made, including informal communications among counsel, must be produced; the request for (ii) documents produced by the government in discovery in the cooperator's case was DENIED; the request for (iii) downloads and reports arising from all electronic devices and social media accounts seized and searched from the witness was DENIED with the limited exception of any material discovered on those devices or accounts that mentioned or related to the defendant in any way; and requests (iv) and (v) for the Judgment and Commitment Order and sentencing transcript were DENIED as moot. The requests for "evidence refuting any possible intent to conceal and impair evidence," see Mot. at 14–15, and "evidence of selective prosecution," see Mot. at 15 (requesting "documents attesting to individuals and social media platforms, such as Facebook, removing (or suggesting the removal) of information related to the U.S. Capitol on |

| | | |
|---|---|---|
| | | January 6, 2021"), were DENIED. The request for "evidence negating any intent to obstruct justice," see Mot. at 16, beyond the personnel records that have already been provided, was DENIED, but if defendant seeks video evidence of his activities at specific locations at the Capitol on January 6, the government must make the video evidence in its possession available. There was no request for instructions provided to the grand jury that returned the indictment in this case in the Motion and therefore, that issue was not before the Court to consider. The order to produce requested materials pursuant to Fed. R. Crim. Proc. 16(a)(1)(E)(i) and/or Brady v. Maryland or Local Criminal Rule 5.1 did not address the question of whether those materials would ultimately be admissible at trial. Signed by Judge Amy Berman Jackson on 05/01/2022. (lcabj2) (Entered: 05/01/2022) |
| 05/02/2022 | 33 | SCHEDULING ORDER as to MICHAEL ANGELO RILEY. It is ORDERED that: any pretrial motion listed in Fed. R. Crim. P. 12(b)(3) or filed pursuant to Fed. R. Crim. P. 21, and the notice of any evidence the government intends to seek to introduce pursuant to Fed. R. Evid. 404(b) or prior convictions it seeks to use for impeachment under Fed. R. Evid. 609 must be filed by May 16, 2022, oppositions are due May 30, 2022, and replies are due June 6, 2022; motions in limine on behalf of either party must be filed by August 1, 2022, oppositions are due August 15, 2022, and replies are due August 22, 2022; the parties must jointly file a single Joint Pretrial Statement by September 1, 2022; electronic and paper copies of all exhibits must be delivered to chambers and to the Deputy Clerk in the format set out in the Scheduling Order by September 6, 2022; the pretrial conference will be held on September 12, 2022 at 2:00 p.m. in Courtroom 3 in person; and trial will commence on September 19, 2022, at 9:30 a.m. in the Ceremonial Courtroom in person. See Scheduling Order for details. Signed by Judge Amy Berman Jackson on 05/02/2022. (lcabj2) (Attachments: # 1 Criminal Voir Dire Procedure) (Entered: 05/02/2022) |
| 05/16/2022 | 34 | MOTION to Dismiss Case by MICHAEL ANGELO RILEY. (Attachments: # 1 Exhibit 1, # 2 Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 05/16/2022) |
| 05/30/2022 | 35 | Memorandum in Opposition by USA as to MICHAEL ANGELO RILEY re 34 MOTION to Dismiss Case (Gaston, Molly) (Entered: 05/30/2022) |
| 06/06/2022 | 36 | REPLY TO OPPOSITION to Motion by MICHAEL ANGELO RILEY re 34 MOTION to Dismiss Case (Attachments: # 1 Exhibit 1)(Macchiaroli, Christopher) (Entered: 06/06/2022) |
| 06/29/2022 | 37 | ORDER as to MICHAEL ANGELO RILEY. It is hereby ORDERED that defendant's Motion to Dismiss Indictment 34 is DENIED. See Order for details. Signed by Judge Amy Berman Jackson on 06/29/2022. (lcabj2) (Entered: 06/29/2022) |
| 07/20/2022 | 38 | NOTICE OF ATTORNEY APPEARANCE Anne P. McNamara appearing for USA. (McNamara, Anne) (Entered: 07/20/2022) |
| 08/01/2022 | 39 | MOTION in Limine *Omnibus* by USA as to MICHAEL ANGELO RILEY. (Dohrmann, Mary) (Entered: 08/01/2022) |
| 08/03/2022 | 40 | Joint MOTION to Continue *Trial* by MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 08/03/2022) |
| 08/03/2022 | 41 | MOTION to Exclude Time under the Speedy Trial Act by MICHAEL ANGELO RILEY. (See docket entry 40 to view document.) (zltp) (Entered: 08/04/2022) |

| 08/09/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. The Court wishes to assure the parties that it is actually aware of the fact that there are two cases now set for the week of September 19, 2022, and that the other defendant is incarcerated. It also wishes to assure the parties that it is well aware of the pendency of the instant motion to continue, and it notes that there was no need to contact the extremely busy Deputy Clerk to put the motion which has been pending for exactly four business days "on his radar." While the Court recognizes that counsel would like greater clarity as to what is coming up on their calendars, there is quite a bit on everyone's radar at the moment. Some matters are more pressing than others, and sometimes, it may take a few days for even an uncomplicated request to get the attention it deserves. That being said, the Court is not inclined to alter the current schedule for submitting motions in limine and the pretrial statement or to continue the trial at this time; since all of the spaces needed to conduct a jury trial safely have been reserved, and jurors have been requested, the Court's preference is to have this trial which was set at a time that was convenient for all parties and counsel as a back–up to the other trial in the event that case is resolved or postponed for other reasons. Therefore, the 40 motion will be DENIED without prejudice to a motion for an extension of time for good cause shown if either side needs additional time to prepare or has an unanticipated conflict and seeks a continuance for that reason. If the Court receives new information concerning the other case, or it is in a better position to assess the likelihood that this case will go forward before the pretrial conference in this case on September 12, 2022, it will contact the parties promptly. SO ORDERED. Signed by Judge Amy Berman Jackson on 08/09/2022. (lcabj2) (Entered: 08/09/2022) |
| 08/15/2022 | 42 | Memorandum in Opposition by MICHAEL ANGELO RILEY re 39 Motion in Limine (Macchiaroli, Christopher) (Entered: 08/15/2022) |
| 08/22/2022 | 43 | REPLY TO OPPOSITION to Motion by USA as to MICHAEL ANGELO RILEY re 39 MOTION in Limine *Omnibus* (McNamara, Anne) (Entered: 08/22/2022) |
| 08/31/2022 | 44 | NOTICE OF ATTORNEY APPEARANCE: Emma Mulford appearing for MICHAEL ANGELO RILEY (Mulford, Emma) (Entered: 08/31/2022) |
| 09/01/2022 | 45 | PRETRIAL MEMORANDUM *Joint Pretrial Statement* by USA as to MICHAEL ANGELO RILEY (Attachments: # 1 Exhibit A – Proposed Statements of the Case, # 2 Exhibit B – Proposed Jury Instructions, # 3 Exhibit C – Government's Exhibit List, # 4 Exhibit D – Defendant's Exhibit List, # 5 Exhibit E – Government's Witness List, # 6 Exhibit F – Defendant's Witness List, # 7 Exhibit G – Proposed Verdict Form, # 8 Exhibit H – Proposed Voir Dire)(Dohrmann, Mary) (Entered: 09/01/2022) |
| 09/11/2022 | 47 | NOTICE *of Supplemental Authority* by MICHAEL ANGELO RILEY (Attachments: # 1 Exhibit 1)(Macchiaroli, Christopher) (Entered: 09/11/2022) |
| 09/12/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Pretrial Conference as to MICHAEL ANGELO RILEY held on 9/12/2022. Jury Trial in this case presently set for 9/19/2022 is continued to a date to be determined. The parties shall notify the Court by 9/16/2022 if the new trial date discussed at the Pretrial Conference will fit their schedules. Simultaneous Legal submissions from the parties on matters discussed are due by 9/22/2022. Any Stipulations and Revised Exhibit Lists are due by 9/29/2022. A Jury Instruction Conference is set for 10/13/2022 at 10:00 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. The Court makes a finding that it is in the Interests of Justice that the time between 9/12/2022 and 10/17/2022 shall be excluded from the Speedy Trial Act calculation (START XT). Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; |

| | | |
|---|---|---|
| | | Court Reporter: Elizabeth Saint–Loth; Defense Attorney: Christopher Macchiaroli; US Attorneys: Mary Lyle Dohrmann and Ann P. McNamara. (jth) (Entered: 09/13/2022) |
| 09/13/2022 | 48 | RESPONSE by USA as to MICHAEL ANGELO RILEY re 47 Notice (Other) *of Supplemental Authority* (Attachments: # 1 Exhibit Instructions to Jury)(McNamara, Anne) (Entered: 09/13/2022) |
| 09/13/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. For the reasons stated on the record during the September 12, 2022 pretrial conference, the Court made the following rulings. Defendant's oral motion to continue the trial was GRANTED. The parties must notify the Deputy Clerk by September 16, 2022 at 2 pm whether they are available for trial on October 17, 2022. Further, the government's 39 omnibus motion in limine was GRANTED, including the request to preclude the defendant from introducing specific instances of prior good conduct, including on January 6, 2021, in violation of Fed. R. Evid. 404 and 405. Defendant may introduce evidence that he was on duty that day and where he was assigned. The following government exhibits ("GEX") were ADMITTED in evidence: 3 (as redacted), 4.2, 4.3, 5.1, 5.2, 5.3, 5.4, 5.5, 5.6, 5.7, 5.8, 5.9, 8, 9, 10.1, 10.2, 10.3, 10.4, 10.5, 10.6, 12, 13, 15, and 16. The government must notify the defense and the Court of the date and time when GEX 10.1 through 10.6 were transmitted to the defendant, and identify the corresponding Facebook message in which they were conveyed. GEX 6, 7, and 14 will be admitted assuming that a witness with personal knowledge is able to authenticate each exhibit. Defendant's exhibits ("DEX") 1, 3, 4, 11, and 14 were excluded. The defense clarified that DEX 2, 5, 6, 7, 8, 9, 10, 15, 16, 17, and 21 had been numbered solely for identification purposes, and that defendant does not seek to move them in evidence in his case–in–chief. Therefore, they were not admitted, and the question of their admission was not considered. DEX 12 and 13 were ADMITTED for the limited purpose of illustrating facts about defendant's background, but not for character evidence purposes. The material comprising DEX 18 has already been admitted as a GEX and is admissible. The Court reserved ruling on DEX 19 and 20 until the final proposed versions of those exhibits has been provided to the government and the Court. Given the parties' ongoing efforts to craft stipulations, an updated exhibit list (with a column reflecting any objections and another reflecting whether the exhibit has already been admitted pursuant to this Order), along with the final versions of exhibits and any stipulations must be provided to the Court by September 29, 2022. The updated exhibit list must clearly identify any exhibits that have been listed solely for identification purposes that are not being proffered as part of the party's case–in–chief. The parties' legal submissions concerning a party's ability to cross–examine its own witness will be due by September 22, 2022. Finally, a jury instructions conference will be held in–person on October 13, 2022 at 10 am. SO ORDERED. Signed by Judge Amy Berman Jackson on 09/13/2022. (lcabj2) (Entered: 09/13/2022) |
| 09/13/2022 | 49 | NOTICE *Regarding Facebook Video Exhibits* by USA as to MICHAEL ANGELO RILEY (Dohrmann, Mary) (Entered: 09/13/2022) |
| 09/16/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. After being notified by the parties, Jury Selection will now commence for 10/17/2022 at 9:30 AM in Courtroom 3 before Judge Amy Berman Jackson. The Jury Instruction Conference remains scheduled for 10/13/2022 at 10:00 AM in Courtroom 3 before Judge Amy Berman Jackson. Signed by Judge Amy Berman Jackson on 9/16/2022. (jth) (Entered: 09/16/2022) |

| 09/22/2022 | 50 | RESPONSE TO ORDER OF THE COURT by USA as to MICHAEL ANGELO RILEY re Order,,,,,,,,,,, *and Motion in Limine* (McNamara, Anne) (Entered: 09/22/2022) |
| 09/22/2022 | 51 | PRETRIAL MEMORANDUM by MICHAEL ANGELO RILEY (Macchiaroli, Christopher) (Entered: 09/22/2022) |
| 09/29/2022 | 52 | SUPPLEMENT by MICHAEL ANGELO RILEY re 45 Pretrial Memorandum, (Attachments: # 1 Exhibit 1, # 2 Exhibit 2)(Macchiaroli, Christopher) (Entered: 09/29/2022) |
| 09/29/2022 | 53 | EXHIBIT LIST by USA as to MICHAEL ANGELO RILEY (McNamara, Anne) (Entered: 09/29/2022) |
| 09/29/2022 | 54 | STIPULATION *by the Parties as to Defendant's Work Status Jan. 7, 2021 – Jan. 11, 2021* by USA (McNamara, Anne) (Entered: 09/29/2022) |
| 10/01/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. On September 29, 2022, the government docketed an "amended exhibit list" 53 , which does not include the required column that indicates whether the defendant objects to the exhibit. See Min. Order (Sept. 13, 2022) ("Given the parties' ongoing efforts to craft stipulations, an updated exhibit list (with a column reflecting any objections and another reflecting whether the exhibit has already been admitted pursuant to this Order), along with the final versions of exhibits and any stipulations must be provided to the Court by September 29, 2022."). Also the government noted in a footnote in its 53 filing that "the Government will also separately provide the Court and Defendant with a copy of the list that cross–references the prior exhibit numbers and any rulings that the Court made on admissibility of certain exhibits, as memorialized in the September 13, 2022 Minute Order." The government is therefore ORDERED to docket the single amended exhibit list by October 7, 2022. It must include all of the exhibits the government intends to introduce, including the 100, 200, 300, and 400 series. The list should omit any exhibits identified previously that have already been excluded or withdrawn, but the remaining exhibits should NOT be renumbered. The list should identify the exhibits that have already been admitted in evidence, but for any that have not been ruled upon, the list must reflect whether the defendant objects to the exhibit and on what basis. Also, it is ORDERED that the defendant should be prepared to provide the Court with a witness list at the pretrial conference that includes names and not just initials of potential witnesses, because the sole purpose of the list was to inform potential jurors about the people who might testify during the trial and to ask if they knew them. Third, in his pretrial memorandum 51 , defendant states: "The Government seeks to preclude Mr. Hiles from testifying based admittedly on 'speculation' that Officer Riley is calling Mr. Hiles solely to discredit him and to undermine his reliability in the Government's case. That is not true, and Officer Riley said as much during the pretrial conference. Officer Riley intends to elicit with non–leading questions information from Mr. Hiles that may tend to create doubt as to facts at issue in this case or contradict the Government's theory of the case." In order to assist the Court in determining how to address the parties' positions concerning the testimony and the potential impeachment of the witness, it is ORDERED that the defense must supply the Court with an offer of proof, which may be submitted to the Court in camera and ex parte, that summarizes the planned examination of the witness and the anticipated testimony in greater detail by October 7, 2022. Finally, the Court notes that in his memorandum, the defendant expressed concern that the Court had excluded character evidence entirely. That is not the case. The Court ruled that the |

| | | |
|---|---|---|
| | | admissibility of character evidence would be governed by Federal Rules of Evidence 404(a)(2)(A) and 405, and that in accordance with those rules, the defendant could call a witness to testify as to the defendant's reputation for a relevant trait or their opinion about the presence of that trait, but that he could not introduce specific instances of prior good conduct, including good conduct as a police officer. See also Min. Order (Sept. 30, 2022). SO ORDERED. Signed by Judge Amy Berman Jackson on 10/01/2022. (lcabj2) (Entered: 10/01/2022) |
| 10/05/2022 | 55 | EXHIBIT LIST by USA as to MICHAEL ANGELO RILEY (McNamara, Anne) (Entered: 10/05/2022) |
| 10/06/2022 | 56 | RESPONSE by MICHAEL ANGELO RILEY re 50 Response to Order of the Court (Macchiaroli, Christopher) (Entered: 10/06/2022) |
| 10/09/2022 | 58 | TRANSCRIPT OF PROCEEDINGS, in case as to MICHAEL ANGELO RILEY, before Judge Amy Berman Jackson, held on 9–12–2022. Page Numbers: 1 – 135. Date of Issuance: 10–09–2022. Court Reporter: Elizabeth SaintLoth, Telephone number: 202–354–3242. Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchased from the c ourt reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov.<br><br>Redaction Request due 10/30/2022. Redacted Transcript Deadline set for 11/9/2022. Release of Transcript Restriction set for 1/7/2023.(Saint–Loth, Elizabeth) (Entered: 10/09/2022) |
| 10/11/2022 | 60 | STIPULATION *by Parties as to Defendant's Job and Work Status on Jan. 7, 2021 through Jan. 11, 2021* by USA (McNamara, Anne) (Entered: 10/11/2022) |
| 10/12/2022 | 61 | EXHIBIT LIST by USA as to MICHAEL ANGELO RILEY (McNamara, Anne) (Entered: 10/12/2022) |
| 10/12/2022 | 62 | Proposed Jury Instructions by USA as to MICHAEL ANGELO RILEY (McNamara, Anne) (Entered: 10/12/2022) |
| 10/13/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Final Pretrial Status Conference as to MICHAEL ANGELO RILEY held on 10/13/2022. Bond Status of Defendant: Defendant Remains on Personal Recognizance; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. (jth) (Entered: 10/13/2022) |
| 10/13/2022 | 63 | SUPPLEMENT by MICHAEL ANGELO RILEY re 45 Pretrial Memorandum, (Attachments: # 1 Exhibit 1)(Macchiaroli, Christopher) (Entered: 10/13/2022) |

| 10/15/2022 | 64 | ORDER as to MICHAEL ANGELO RILEY. See Order for details. Signed by Judge Amy Berman Jackson on 10/15/2022. (lcabj2) (Entered: 10/15/2022) |
|---|---|---|
| 10/15/2022 | 65 | ORDER as to MICHAEL ANGELO RILEY. Upon consideration of the parties' proposed revisions to the Court's draft instructions on the elements of the offense, which are attached hereto, the Court will utilize the attached instruction. See Order and Attachment for details. Signed by Judge Amy Berman Jackson on 10/15/2022. (lcabj2) (Entered: 10/15/2022) |
| 10/17/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Jury Selection as to MICHAEL ANGELO RILEY as to Counts: 1,2. begun and held on 10/17/2022. Jury Selection continued to 10/18/2022 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P, McNamara. (jth) (Entered: 10/17/2022) |
| 10/18/2022 | | MINUTE ORDER as to Michael Angelo Riley: The Court having impaneled the jury in this action, it is hereby ORDERED that during trial and deliberations all meals for said jury shall be paid by the Clerk of the Court for the U.S. District Court for the District of Columbia. Approved by Judge Amy Berman Jackson on 10/18/2022. (jth) (Entered: 10/18/2022) |
| 10/18/2022 | | Minute Entry for proceedings as to MICHAEL ANGELO RILEY held before Judge Amy Berman Jackson on 10/18/2022. Jury Selection Resumed and Concluded. Twelve (12) Jurors and Two (2) Alternates were Selected and Sworn. Jury Trial as to Counts: 1,2 begun, held and continued to 10/19/2022 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara; Government Witness: FBI Special Agent Stephen Hart (to be continued). (jth) (Entered: 10/18/2022) |
| 10/19/2022 | | Minute Entry for proceedings as to MICHAEL ANGELO RILEY held before Judge Amy Berman Jackson on 10/19/2022. Same Twelve (12) jurors and Two (2) Alternates. Jury Trial as to Counts 1,2 resumed, held and continued to 10/20/2022 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. Government Witness: FBI Special Agent Stephen Hart (to be continued). (jth) (Entered: 10/19/2022) |
| 10/20/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Jury Trial as to MICHAEL ANGELO RILEY resumed and held on 10/20/2022 as to Counts: 1,2. Same Twelve (12) jurors and two (2) alternates. Government Rested; Oral Motion by Defendant Under Rule 29 for Judgment of Acquittal was Heard, The Court reserves Judgment on the Motion at this time. Jury Trial continued to 10/21/2022 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. Government Witnesses: FBI Special Agent Stephen Hart (completed from 10/19/2022), Benjamin Shepherd; Defense Witnesses: Vincent Lagambi, Jeffrey J. Pickett and Gus Papathanasiou. (jth) (Entered: 10/20/2022) |

14

| 10/21/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson. Jury Trial as to MICHAEL ANGELO RILEY held on 10/21/2022 as to Counts: 1,2. Same Twelve (12) jurors and Two (2) alternates. Jury Trial continued to 10/24/2022 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. Defense Witnesses: Charles Nielsen, Michael Charles DeCarlo, and FBI Special Agent Stephen Hart. (jth) (Entered: 10/21/2022) |
| 10/21/2022 | 66 | Proposed Jury Instructions by MICHAEL ANGELO RILEY (Macchiaroli, Christopher) (Entered: 10/21/2022) |
| 10/24/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson. Jury Trial as to MICHAEL ANGELO RILEY held on 10/24/2022 as to Counts: 1,2. Same Twelve (12) jurors and Two (2) alternates. Defense Rested. Renewed Oral Motion by the Defendant Under Rule 29 for Judgment of Acquittal was Heard. The Court Reserved Judgment on the Motion at this time. Jury Trial continued to 10/25/2022 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. Defense Witness: Michael Angelo Riley. (jth) (Entered: 10/24/2022) |
| 10/25/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Jury Trial as to MICHAEL ANGELO RILEY resumed, held and concluded on 10/25/2022. as to Counts: 1,2. Same Twelve (12) jurors and Two (2) alternates. Jury Deliberations begun and held. Jury Deliberations continued to 10/26/2022 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. (jth) (Entered: 10/25/2022) |
| 10/25/2022 | 80 | ATTORNEYS' ACKNOWLEDGMENT OF TRIAL EXHIBITS as to MICHAEL ANGELO RILEY. (jth) (Entered: 11/01/2022) |
| 10/26/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Jury Trial/Deliberations as to MICHAEL ANGELO RILEY held on 10/26/2022 as to Counts: 1,2. Same Twelve (12) Jurors. (1 Note). Jury Deliberations continued to 10/27/2022 at 9:30 AM in Courtroom 3 (In Person ) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. (jth) (Entered: 10/26/2022) |
| 10/26/2022 | 67 | Jury Note (1 Note) as to MICHAEL ANGELO RILEY. (jth) (Entered: 10/26/2022) |
| 10/26/2022 | 68 | **Signature Page of Foreperson**<br><br>as to MICHAEL ANGELO RILEY in Jury Note (1 Note). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (jth) (Entered: 10/26/2022) |
| 10/27/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Jury Trial/Deliberations as to MICHAEL ANGELO RILEY held on 10/27/2022 as to |

| | | |
|---|---|---|
| | | Counts: 1,2. Same Twelve (12) jurors. (1 Note). As discussed on the record submissions from the parties are due by 11:00 AM on 10/28/2022. Jury Deliberation continued to 10/28/2022 at 12:30 PM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. (jth) (Entered: 10/27/2022) |
| 10/27/2022 | 69 | Jury Note (1 Note) as to MICHAEL ANGELO RILEY. (jth) (Entered: 10/27/2022) |
| 10/27/2022 | 70 | **Signature Page of Foreperson**<br><br>as to MICHAEL ANGELO RILEY in Jury Note (1 Note). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (jth) (Entered: 10/27/2022) |
| 10/27/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. The Court held proceedings this afternoon to address a note received from the foreperson of the jury. The Court offered an interpretation of the note based on its initial impression that the note was referring to a comment made by a lone juror. However, upon further reflection, the Court has concluded that it is equally possible that the note was deliberately ambiguous to avoid giving any indication as to how the jury was divided; in other words, that the statement "the deadlock has stated that '[they]' are done," was meant to convey that an unspecified number of jurors was "done," and not that "he or she" was "done." This does not change the Court's ruling about how to proceed. Signed by Judge Amy Berman Jackson on 10/27/2022. (lcabj2) (Entered: 10/27/2022) |
| 10/28/2022 | 71 | NOTICE *of Filing of Response to Court's October 27, 2022 Minute Order Regarding Jury Note* by MICHAEL ANGELO RILEY (Macchiaroli, Christopher) (Entered: 10/28/2022) |
| 10/28/2022 | 72 | RESPONSE TO ORDER OF THE COURT by USA as to MICHAEL ANGELO RILEY re Jury Trial,,, Set Deadlines/Hearings,, (Dohrmann, Mary) (Entered: 10/28/2022) |
| 10/28/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Jury Trial/Deliberations as to MICHAEL ANGELO RILEY held on 10/28/2022 as to Counts: 1,2. Same Twelve (12) jurors. JURY VERDICT of Guilty as to Count 2. DEFERRAL TO PROBATION OFFICE of Presentence Investigation Report as to MICHAEL ANGELO RILEY. Oral Motion by Defendant for Mistrial as to Count: 1 was Heard and Granted. Written pleadings regarding Defendant's Rule 29 Motion: Defendant's Motion is due by 11/4/2022; Government's Response is due by 11/10/2022; any Reply is due by 11/15/2022. Bond Status of Defendant: Defendant Remains on Personal Recognizance Bond, under his existing conditions of release pending sentencing; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorneys: Mary Lyle Dohrmann and Anne P. McNamara. (jth) (Entered: 10/31/2022) |
| 10/28/2022 | 74 | Jury Note (1 Note) as to MICHAEL ANGELO RILEY. (jth) (Entered: 10/31/2022) |
| 10/28/2022 | 75 | **Signature Page of Foreperson**<br><br>as to MICHAEL ANGELO RILEY in Jury Note (1 Note). (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court.) (jth) (Entered: 10/31/2022) |

| 10/28/2022 | <u>76</u> | VERDICT FORM as to MICHAEL ANGELO RILEY. (jth) (Entered: 10/31/2022) |
|---|---|---|
| 10/28/2022 | <u>77</u> | **Signature Page of Foreperson**<br><br>as to MICHAEL ANGELO RILEY in Jury Verdict. (Access to the PDF Document is restricted pursuant to the E–Government Act. Access is limited to Counsel of Record and the Court. (jth) (Entered: 10/31/2022) |
| 10/28/2022 | <u>78</u> | EXHIBIT LIST by USA as to MICHAEL ANGELO RILEY. (jth) (Entered: 10/31/2022) |
| 10/28/2022 | <u>79</u> | EXHIBIT LIST by MICHAEL ANGELO RILEY. (jth) (Entered: 10/31/2022) |
| 10/28/2022 | <u>81</u> | FINAL JURY INSTRUCTIONS as to MICHAEL ANGELO RILEY. (jth) (Entered: 11/01/2022) |
| 11/04/2022 | <u>82</u> | NOTICE *of Filing of Supplement to Defendant's Oral Motion for Judgment of Acquittal* by MICHAEL ANGELO RILEY (Macchiaroli, Christopher) (Entered: 11/04/2022) |
| 11/08/2022 | <u>83</u> | MOTION for Extension of Time to *File Defendant's Motion for New Trial* by MICHAEL ANGELO RILEY. (Attachments: # <u>1</u> Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 11/08/2022) |
| 11/08/2022 |  | MINUTE ORDER as to MICHAEL ANGELO RILEY. By November 10, 2022, the government must inform the Court of its objections to defendant's motion <u>83</u> . SO ORDERED. Signed by Judge Amy Berman Jackson on 11/08/2022. (lcabj2) (Entered: 11/08/2022) |
| 11/09/2022 | <u>84</u> | RESPONSE TO ORDER OF THE COURT by USA as to MICHAEL ANGELO RILEY re Order, Set Deadlines *dated Nov. 8, 2022, re ECF No. 83* (Dohrmann, Mary) (Entered: 11/09/2022) |
| 11/10/2022 |  | MINUTE ORDER as to MICHAEL ANGELO RILEY. Having considered defendant's Motion to Extend the Time to File Defendant's Motion for New Trial <u>83</u> and the government's opposition <u>84</u> , the motion is GRANTED in part and DENIED in part. Given the substantial number of matters requiring the Court's time and attention at this time, it would be most efficient to begin briefing any motion for new trial now, so that in the event the motion for judgment of acquittal is denied, the Court will be able to move directly to the consideration of a second motion based on the same record. Since this motion for an extension has been pending for several days without a ruling, though, the date for the filing of any motion for new trial will be extended until November 18, 2022, and the timing of the opposition and reply will be governed by the Local Rules. SO ORDERED. Signed by Judge Amy Berman Jackson on 11/10/2022. (lcabj2) (Entered: 11/10/2022) |
| 11/10/2022 | <u>85</u> | RESPONSE by USA as to MICHAEL ANGELO RILEY re <u>82</u> Notice (Other) (McNamara, Anne) (Entered: 11/10/2022) |
| 11/15/2022 | <u>86</u> | REPLY by MICHAEL ANGELO RILEY re <u>85</u> Response to document (Macchiaroli, Christopher) (Entered: 11/15/2022) |
| 11/18/2022 | <u>87</u> | MOTION for New Trial by MICHAEL ANGELO RILEY. (Attachments: # <u>1</u> Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 11/18/2022) |
| 12/02/2022 | <u>88</u> |  |

| | | |
|---|---|---|
| | | Memorandum in Opposition by USA as to MICHAEL ANGELO RILEY re 87 Motion for New Trial (Dohrmann, Mary) (Entered: 12/02/2022) |
| 12/09/2022 | 89 | NOTICE OF ATTORNEY APPEARANCE Christopher R. Howland appearing for USA. (Howland, Christopher) (Main Document 89 replaced on 12/9/2022) (zltp). (Entered: 12/09/2022) |
| 12/09/2022 | 90 | REPLY TO OPPOSITION to Motion by MICHAEL ANGELO RILEY re 87 MOTION for New Trial (Macchiaroli, Christopher) (Entered: 12/09/2022) |
| 12/14/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. A Status Conference to make rulings from the bench is set for 12/19/2022 at 2:00 PM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Signed by Judge Amy Berman Jackson on 12/14/2022. (jth) (Entered: 12/14/2022) |
| 12/19/2022 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Status Conference as to MICHAEL ANGELO RILEY held on 12/19/2022. For the reasons stated on the record in open Court, Defendant's Oral Motion for Judgment of Acquittal under Rule 29 as to Counts: 1 & 2 and Defendant's 87 Motion for New Trial were DENIED. REFERRAL TO PROBATION OFFICE for Presentence Investigation. Sentencing is set for 4/13/2023 at 9:30 AM in Courtroom 3 (In Person) before Judge Amy Berman Jackson. Sentencing Memoranda from the parties are due by 4/6/2023. The United States shall file a notice with the Court by 1/6/2023 as to how they wish to proceed on Count: 1. Bond Status of Defendant: Defendant Remains on Personal Recognizance; Court Reporter: Lisa Moreira; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorney: Christopher R. Howland. (jth) (Entered: 12/19/2022) |
| 12/21/2022 | 92 | Unopposed MOTION to Dismiss Count *One* by USA as to MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Howland, Christopher) (Entered: 12/21/2022) |
| 12/21/2022 | | MINUTE ORDER as to MICHAEL ANGELO RILEY. The government's 92 Motion to Dismiss Count One of the Indictment is GRANTED. Signed by Judge Amy Berman Jackson on 12/21/2022. (lcabj2) (Entered: 12/21/2022) |
| 01/05/2023 | 93 | TRANSCRIPT OF ORAL RULING in case as to MICHAEL ANGELO RILEY before Judge Amy Berman Jackson held on 12/19/2022; Page Numbers: 1–50. Date of Issuance:1/5/2023. Court Reporter/Transcriber Lisa A. Moreira, RDR, CRR, Telephone number (202) 354–3187, Transcripts may be ordered by submitting the Transcript Order Form<br><br>For the first 90 days after this filing date, the transcript may be viewed at the courthouse at a public terminal or purchas ed from the court reporter referenced above. After 90 days, the transcript may be accessed via PACER. Other transcript formats, (multi–page, condensed, CD or ASCII) may be purchased from the court reporter.<br><br>**NOTICE RE REDACTION OF TRANSCRIPTS:** The parties have twenty–one days to file with the court and the court reporter any request to redact personal identifiers from this transcript. If no such requests are filed, the transcript will be made available to the public via PACER without redaction after 90 days. The policy, which includes the five personal identifiers specifically covered, is located on our website at www.dcd.uscourts.gov. |

| | | |
|---|---|---|
| | | Redaction Request due 1/26/2023. Redacted Transcript Deadline set for 2/5/2023. Release of Transcript Restriction set for 4/5/2023.(Moreira, Lisa) (Entered: 01/05/2023) |
| 03/23/2023 | 96 | Unopposed MOTION to File Defendant's Sentencing Memorandum Under Seal by MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 03/23/2023) |
| 03/27/2023 | | MINUTE ORDER as to MICHAEL ANGELO RILEY granting 96 Motion to File Defendant's Sentencing Memorandum Under Seal. The defendant is ORDERED to docket a redacted, public version of the memorandum by March 31, 2023. Signed by Judge Amy Berman Jackson on 03/27/2023. (lcabj2) (Entered: 03/27/2023) |
| 03/27/2023 | 99 | MOTION to Modify *Court Order Advancing the Due Date for Defendant's Sentencing Memorandum By One−Week, or, in the Alternative, to Continue Sentencing Date* by MICHAEL ANGELO RILEY. (Attachments: # 1 Text of Proposed Order)(Macchiaroli, Christopher) (Entered: 03/27/2023) |
| 03/29/2023 | | MINUTE ORDER as to MICHAEL ANGELO RILEY granting 99 Motion to Modify. Defendant's sentencing memorandum is still due by April 6, 2023. When the defendant files his memorandum under seal as authorized, he must also docket a redacted, public memorandum on the same date. The confusion arose because the Local Criminal Rules provide that a document intended to be filed under seal and the motion for leave to file under seal are filed together, and the Court therefore mistakenly assumed that the defendant had filed his memorandum early. SO ORDERED. Signed by Judge Amy Berman Jackson on 03/29/2023. (lcabj2) (Entered: 03/29/2023) |
| 03/30/2023 | | Set/Reset Deadlines as to MICHAEL ANGELO RILEY: Redacted, public version of the memorandum due by 3/31/2023. (tb) (Entered: 03/30/2023) |
| 04/06/2023 | 103 | SENTENCING MEMORANDUM by USA as to MICHAEL ANGELO RILEY (Howland, Christopher) (Entered: 04/06/2023) |
| 04/06/2023 | 105 | NOTICE *of Filing* by MICHAEL ANGELO RILEY (Attachments: # 1 Redacted Memorandum)(Macchiaroli, Christopher) (Entered: 04/06/2023) |
| 04/11/2023 | 107 | RESPONSE by MICHAEL ANGELO RILEY re 103 Sentencing Memorandum (Attachments: # 1 Exhibit 1)(Macchiaroli, Christopher) (Entered: 04/11/2023) |
| 04/13/2023 | | Minute Entry for proceedings held before Judge Amy Berman Jackson: Sentencing held on 4/13/2023 as to MICHAEL ANGELO RILEY. Count 1: Previously Dismissed. Count 2: Sentenced to Twenty−Four (24) months of Probation. Special Assessment of $100.00 was imposed and a Fine of $10,000.00 was ordered. Bond Status of Defendant: Defendant Placed on Probation; Court Reporter: Janice Dickman; Defense Attorneys: Christopher Macchiaroli and Emma Mulford; US Attorney: Christopher R. Howland; Probation Officer: Kelli Willett. (jth) (Entered: 04/13/2023) |
| 04/19/2023 | 108 | JUDGMENT as to MICHAEL ANGELO RILEY. Statement of Reasons Not Included. Signed by Judge Amy Berman Jackson on 4/19/2023. (zltp) (Entered: 04/24/2023) |
| 04/19/2023 | 109 | STATEMENT OF REASONS as to MICHAEL ANGELO RILEY. re 108 Judgment Access to the PDF Document is restricted per Judicial Conference Policy. Access is limited to Counsel of Record and the Court. Signed by Judge Amy Berman Jackson |

| | | |
|---|---|---|
| | | on 4/19/2023. (zltp) (Entered: 04/24/2023) |
| 04/27/2023 | 110 | NOTICE *of Filing Discovery Correspondence* by MICHAEL ANGELO RILEY (Attachments: # 1 Discovery Correspondence)(Macchiaroli, Christopher) (Entered: 04/27/2023) |
| 04/27/2023 | 111 | NOTICE OF APPEAL – Final Judgment by MICHAEL ANGELO RILEY re 108 Judgment. Filing fee $ 505, receipt number ADCDC–10032115. Fee Status: Fee Paid. Parties have been notified. (Macchiaroli, Christopher) (Entered: 04/27/2023) |

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA    )
    )
         vs.    )    Criminal No.  <u>21-cr-628-ABJ</u>
    )
<u>MICHAEL ANGELO RILEY</u>    )

## NOTICE OF APPEAL

Name and address of appellant:

> Michael Angelo Riley
> Grasonville, Maryland 21638

Name and address of appellant's attorney:  Christopher Macchiaroli, Esq.
Silverman, Thompson, Slutkin & White LLC
1750 K Street, NW, Suite 810
Washington, D.C. 20006

Offense:    Count 2, Obstruction of an Official Proceeding, in violation of 18 U.S.C. § 1512(c)(1)

Concise statement of judgment or order, giving date, and any sentence:

> Judgment dated April 13, 2023, resulting in a sentence of
> twenty-four months of probation (with conditions)

Name and institution where now confined, if not on bail:  **Non-custodial sentence.**

      I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

<u>   April 26, 2023   </u>      <u>Michael Angelo Riley</u>
DATE              APPELLANT
              <u>/s/ Christopher Macchiaroli</u>
              ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE  ☐
CJA, NO FEE
PAID USDC FEE  ☑
PAID USCA FEE
Does counsel wish to appear on appeal?    YES ☑    NO ☐
Has counsel ordered transcripts?    YES ☑    NO ☐
Is this appeal pursuant to the 1984 Sentencing Reform Act?    YES ☑    NO ☐

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 1

# UNITED STATES DISTRICT COURT

District of Columbia ▼

| UNITED STATES OF AMERICA | ) | **JUDGMENT IN A CRIMINAL CASE** |
| v. | ) | |
| MICHAEL ANGELO RILEY | ) | Case Number: 21-CR-628 (ABJ) |
| | ) | USM Number: 69728-509 |
| | ) | Christopher Macchiaroli and Emma Mulford |
| | ) | Defendant's Attorney |

## THE DEFENDANT:

☐ pleaded guilty to count(s) _____

☐ pleaded nolo contendere to count(s) _____
   which was accepted by the court.

☑ was found guilty on count(s)   Two (2) of the Indictment.
   after a plea of not guilty.

**FILED**

**APR 19 2023**

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18:1512(c)(1) | Obstruction | 1/7/2021 | 2 |

The defendant is sentenced as provided in pages 2 through ___6___ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☑ The defendant has been found not guilty on count(s)   One (1) of the Indictment

☑ Count(s)   One (1)   ☑ is   ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

4/13/2023
Date of Imposition of Judgment

_signature_
Signature of Judge

Amy Berman Jackson, United States District Judge
Name and Title of Judge

4/19/2023
Date

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
                        Sheet 4 — Probation

Judgment—Page ___2___ of ___6___

DEFENDANT:  MICHAEL ANGELO RILEY
CASE NUMBER:  21-CR-628 (ABJ)

# PROBATION

You are hereby sentenced to probation for a term of:

Twenty Four (24) months on Count Two (2) of the Indictment.

# MANDATORY CONDITIONS

1.  You must not commit another federal, state or local crime.
2.  You must not unlawfully possess a controlled substance.
3.  You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of placement on probation and at least two periodic drug tests thereafter, as determined by the court.
    - ☑ The above drug testing condition is suspended, based on the court's determination that you pose a low risk of future substance abuse. *(check if applicable)*
4.  ☑ You must cooperate in the collection of DNA as directed by the probation officer. *(check if applicable)*
5.  ☐ You must comply with the requirements of the Sex Offender Registration and Notification Act (34 U.S.C. § 20901, *et seq.*) as directed by the probation officer, the Bureau of Prisons, or any state sex offender registration agency in the location where you reside, work, are a student, or were convicted of a qualifying offense. *(check if applicable)*
6.  ☐ You must participate in an approved program for domestic violence. *(check if applicable)*
7.  ☐ You must make restitution in accordance with 18 U.S.C. §§ 2248, 2259, 2264, 2327, 3663, 3663A, and 3664. *(check if applicable)*
8.  You must pay the assessment imposed in accordance with 18 U.S.C. § 3013.
9.  If this judgment imposes a fine, you must pay in accordance with the Schedule of Payments sheet of this judgment.
10. You must notify the court of any material change in your economic circumstances that might affect your ability to pay restitution, fines, or special assessments.

You must comply with the standard conditions that have been adopted by this court as well as with any other conditions on the attached page.

AO 245B (Rev 09/19) Judgment in a Criminal Case
Sheet 4A — Probation

Judgment—Page ___3___ of ___6___

DEFENDANT: MICHAEL ANGELO RILEY
CASE NUMBER: 21-CR-628 (ABJ)

## STANDARD CONDITIONS OF SUPERVISION

As part of your probation, you must comply with the following standard conditions of supervision. These conditions are imposed because they establish the basic expectations for your behavior while on supervision and identify the minimum tools needed by probation officers to keep informed, report to the court about, and bring about improvements in your conduct and condition.

1.  You must report to the probation office in the federal judicial district where you are authorized to reside within 72 hours of the time you were sentenced, unless the probation officer instructs you to report to a different probation office or within a different time frame.
2.  After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when you must report to the probation officer, and you must report to the probation officer as instructed.
3.  You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.
4.  You must answer truthfully the questions asked by your probation officer.
5.  You must live at a place approved by the probation officer. If you plan to change where you live or anything about your living arrangements (such as the people you live with), you must notify the probation officer at least 10 days before the change. If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
6.  You must allow the probation officer to visit you at any time at your home or elsewhere, and you must permit the probation officer to take any items prohibited by the conditions of your supervision that he or she observes in plain view.
7.  You must work full time (at least 30 hours per week) at a lawful type of employment, unless the probation officer excuses you from doing so. If you do not have full-time employment you must try to find full-time employment, unless the probation officer excuses you from doing so. If you plan to change where you work or anything about your work (such as your position or your job responsibilities), you must notify the probation officer at least 10 days before the change. If notifying the probation officer at least 10 days in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change.
8.  You must not communicate or interact with someone you know is engaged in criminal activity. If you know someone has been convicted of a felony, you must not knowingly communicate or interact with that person without first getting the permission of the probation officer.
9.  If you are arrested or questioned by a law enforcement officer, you must notify the probation officer within 72 hours.
10.  You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e., anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).
11.  You must not act or make any agreement with a law enforcement agency to act as a confidential human source or informant without first getting the permission of the court.
12.  If the probation officer determines that you pose a risk to another person (including an organization), the probation officer may require you to notify the person about the risk and you must comply with that instruction. The probation officer may contact the person and confirm that you have notified the person about the risk.
13.  You must follow the instructions of the probation officer related to the conditions of supervision.

## U.S. Probation Office Use Only

A U.S. probation officer has instructed me on the conditions specified by the court and has provided me with a written copy of this judgment containing these conditions. For further information regarding these conditions, see *Overview of Probation and Supervised Release Conditions*, available at: www.uscourts.gov.

Defendant's Signature _____     Date _____

AO 245B (Rev. 09/19)   Judgment in a Criminal Case
Sheet 3 - Probation

Judgment—Page   4   of   6

DEFENDANT:  MICHAEL ANGELO RILEY
CASE NUMBER:  21-CR-628 (ABJ)

## SPECIAL CONDITIONS OF SUPERVISION

DNA Sample Requirement - Pursuant to 42 USC § 14135a, for all felony offenses, the defendant shall submit to the collection and use of DNA identification information while incarcerated in the Bureau of Prisons, or at the direction of the United States Probation Office.

Home Incarceration / Location Monitoring - The defendant will be on home incarceration and under location monitoring technology for a period of 120 days, and the defendant must follow the rules and regulations of the location monitoring program. The cost of the program is waived. The location monitoring technology is at the discretion of the United States Probation Officer, and may include Radio Frequency (RF) Monitoring; GPS Monitoring (including hybrid GPS); Smartlink; or Voice Recognition.  While on home incarceration, the defendant is restricted to his residence at all times except for medical appointments or emergency medical care and other activities specifically approved by the Court.

Community Service - The defendant must complete 150 hours of community service approved by the United States Probation Officer within the first 18 months of supervision, to commence following the completion of home incarceration. Verification of the hours must be provided to the United States Probation Office.  If the defendant is unable to complete any form of community service that is available to him in his district due to any medical limitations, or if he is unable to complete them within that time period due to medical limitations, he must provide written verification from his physician detailing those limitations to the United States Probation Office, and the United States Probation Office may seek modification of this condition.

Fine -  The fine of $10,000.00 shall be paid as follows: Lump sum of $5,000.00 is to be paid within 30 days of sentencing, The remaining amount of $5,000.00 may be satisfied in monthly installments of no less than $500 per month, to be paid in full within the first 12 months of supervision. The defendant must notify the Court of any changes in his economic circumstances that might affect his ability to pay this financial penalty.

The Court will transfer the supervision of, but not the jurisdiction over, defendant's probation to the United States Probation Office in the district in which the defendant resides.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 5 — Criminal Monetary Penalties

Judgment — Page ___5___ of ___6___

DEFENDANT: MICHAEL ANGELO RILEY
CASE NUMBER: 21-CR-628 (ABJ)

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 6.

| | Assessment | Restitution | Fine | AVAA Assessment* | JVTA Assessment** |
|---|---|---|---|---|---|
| **TOTALS** | $ 100.00 | $ 0.00 | $ 10,000.00 | $ 0.00 | $ 0.00 |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case (AO 245C)* will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid before the United States is paid.

| Name of Payee | Total Loss*** | Restitution Ordered | Priority or Percentage |
|---|---|---|---|
| | | | |

| | | | |
|---|---|---|---|
| **TOTALS** | $                0.00 | $                0.00 | |

☐ Restitution amount ordered pursuant to plea agreement $ _____

☑ The defendant must pay interest on restitution and a fine of more than $2,500, unless the restitution or fine is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 6 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest and it is ordered that:

☐ the interest requirement is waived for the    ☐ fine    ☐ restitution.

☐ the interest requirement for the    ☐ fine    ☐ restitution is modified as follows:

* Amy, Vicky, and Andy Child Pornography Victim Assistance Act of 2018, Pub. L. No. 115-299.
** Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
*** Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245B (Rev. 09/19)    Judgment in a Criminal Case
Sheet 6 — Schedule of Payments

Judgment — Page ___6___ of ___6___

DEFENDANT: MICHAEL ANGELO RILEY
CASE NUMBER: 21-CR-628 (ABJ)

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties is due as follows:

A   ☑  Lump sum payment of $ __100.00__   due immediately, balance due

        ☐  not later than _____ , or
        ☐  in accordance with  ☐ C,  ☐ D,  ☐ E, or  ☑ F below; or

B   ☐  Payment to begin immediately (may be combined with  ☐ C,  ☐ D, or  ☐ F below); or

C   ☑  Payment in equal  __monthly__  (e.g., weekly, monthly, quarterly) installments of $ __500.00__ over a period of
    __12__  (e.g., months or years), to commence  __30__  (e.g., 30 or 60 days) after the date of this judgment; or

D   ☐  Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of
    _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a
    term of supervision; or

E   ☐  Payment during the term of supervised release will commence within _____ (e.g., 30 or 60 days) after release from
    imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

F   ☐  Special instructions regarding the payment of criminal monetary penalties:
    The Special Assessment is payable in accordance with 18 U.S.C. § 3013. The fine of $10,000.00 shall be paid as
    follows: Lump sum of $5,000.00 is to be paid within 30 days of sentencing, The remaining $5,000.00 may be
    satisfied in monthly installments of no less than $500 per month, to be paid in full within the first 12 months of
    supervision. The defendant must notify the Court of any changes in his economic circumstances that might affect
    his ability to pay this financial penalty.

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐   Joint and Several

    Case Number
    Defendant and Co-Defendant Names                             Joint and Several           Corresponding Payee,
    (including defendant number)            Total Amount             Amount               if appropriate

☐   The defendant shall pay the cost of prosecution.

☐   The defendant shall pay the following court cost(s):

☐   The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) AVAA assessment, (5) fine principal, (6) fine interest, (7) community restitution, (8) JVTA assessment, (9) penalties, and (10) costs, including cost of prosecution and court costs.